LIAM J. GARLAND (State Bar No. 215466)
CONNIE Y. CHUNG (State Bar No. 223120)
NISHA N. VYAS (State Bar No. 228922)
nvyas@hrc-la.org
Attorneys for Plaintiffs
520 S. VIRGIL AVE., Suite 400
Los Angeles, CA 90020
TEL: (213)387-8400
FAX: (213) 381-8555

BARRY REAGAN (State Bar No. 156095)
bjr@sghoalaw.com
Attorney for Defendants
SWEDELSON & GOTTLIEB
1484 E. Main St., Suite 200
Ventura, CA 93001
TEL: (805) 650-7899
FAX: (805) 653-2518

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Frechtman et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Olive Exectutive Townhomes Homeowners Association et al.,<br><br>　　　　Defendants | Case No.: CV-07-2888 DSF (JTLx)<br><br>**[~~PROPOSED~~] STIPULATED PROTECTIVE ORDER**<br><br>*(Joint Stipulation filed Concurrently Herewith)* |

　　　Subject to the approval of this Court, the parties have stipulated to the terms of this Protective Order.

///

///

///

---

[PROPOSED] PROTECTIVE ORDER   - 1 -

1. Plaintiff Housing Rights Center ("HRC") agrees to disclose to counsel for Defendant in initial disclosures and information requested in discovery about the non-privileged documents relating to the investigation at the subject property.

2. Defendant agrees to disclose to counsel for Plaintiffs those non-privileged documents contained in their homeowner or resident files as they deem responsive to Plaintiffs' requests.

3. The parties agree that HRC will designate documents containing Confidential Investigations Information by marking those documents as "Confidential." The parties also agree that any documents that are copied from the Defendant's Confidential Resident Information shall be marked as "Confidential."

4. Defendant agrees that as a condition of receiving the Confidential Investigations Information, counsel for Defendant will not disclose or disseminate the Confidential Investigations Information to any individual or entity except to the Court and to persons representing or assisting the parties in the prosecution or defense of this litigation and shall use such information solely for the purpose of conducting this litigation.

5. Plaintiffs agree that as a condition of receiving such Confidential Resident Information, counsel for Plaintiffs will not disclose or disseminate the Confidential Tenant Information to any individual or entity except to the Court and to persons representing or assisting the parties in the prosecution or defense of this litigation and shall use such information solely for the purpose of conducting this litigation.

6. Before counsel for any party permits any third-party (e.g., expert witnesses) or party they represent in this action to view or inspect any documents or testimony marked "Confidential", counsel shall obtain a written agreement from such person that they shall abide by the terms of this Protective Order.

7. The parties agree that any documents to be filed with the Court that disclose Confidential Investigatons Information or Confidential Tenant Information shall be filed and maintained under seal during the course of discovery.

8. Testimony taken at a deposition, conference, or hearing containing Confidential Investigations Information or Confidential Homeowner Information may be designated as confidential by making a statement to that effect on the record at the deposition or other proceeding. Arrangements shall be made with the court reporter taking and transcribing such proceeding to separately bind such portions of the transcript containing information designated as confidential, and to label such portions appropriately.

9. In the event that any Confidential Investigations Information or Confidential Resident Information is used in any court proceeding in this action, it shall not lose its confidential status through such use, and the party using such shall take all reasonable steps to maintain its confidentiality during such use.

10. This [proposed] Order is entered solely for the purpose of facilitating the exchange of documents and information between the parties to this action without involving the Court unnecessarily in the process. Nothing in this Order nor the production of any information or document under the terms of this Order nor any proceedings pursuant to this Order shall be deemed to have the effect of an admission or waiver by either party or of altering the confidentiality or non-confidentiality of any such document or information or altering any existing obligation of any party or the absence thereof.

11. This [proposed] Order shall remain in effect until final termination of this action including appeals there from, or until agreement of the parties or order of the Court upon motion by either party.

**Upon termination of this action, counsel for defendants and plaintiffs shall return all copies of documents containing the information subject to this protective order in their possession or (with prior notice to counsel for Plaintiffs and Defendants) shall destroy all copies of such documents in their possession, unless otherwise ordered by this Court or agreed to by HRC and the Defendant.**

///

///

1  IT IS SO ORDERED:

2

3  Dated:

4             Hon. Jennifer T. Lum
           United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] PROTECTIVE ORDER   - 4 -**